UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

RODNEY & MARIE THOMPSON,   Case No. 08-20684

                                    Chapter 7 Proceeding
            Debtor(s).             Hon. Daniel S. Opperman
_____/

## STATEMENT REGARDING FUNDS TO BE
## <u>DEPOSITED IN U.S. REGISTRY</u>

    NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $8.12 for deposit in the U.S. Registry as evidenced by the attached check number 3001, made payable to U.S. Bankruptcy Court.

    The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds/ Under $10 or Unclaimed from the Interim Distribution on or about July 21, 2010, on behalf of the following creditors:

| | | |
|---|---|---|
| 2 | Discover Bank | $ 3.31 |
| 8 | FIA Card Services/Bank of America | $ 4.81 |
| | | _____ |
| | TOTAL | $ 8.12 |

DATED: December 7, 2010

                                            /s/ Randall L. Frank
                                            _____
                                            Randall L. Frank (P33189)
                                            Chapter 7 Trustee
                                            310 Davidson Building
                                            P.O. Box 2220
                                            Bay City, Michigan  48707
                                            Telephone: (989) 893-2461
                                            randall.frank@gmail.com